UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO THORNE, on behalf of himself and all other persons similarly situated,

          Plaintiffs,

-against-

HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED,

          Defendant.

23-CV-1756 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has been advised that mediation in this case has not occurred. The deadline for the parties to submit the joint letter pursuant to Individual Rule 3(d) elapsed on December 12, 2023. It is hereby ORDERED that the parties submit this letter no later than **December 22, 2023**.

Dated: December 18, 2023
      New York, New York

                                    SO ORDERED.

                                    *Jessica Clarke*

                                    JESSICA G. L. CLARKE
                                    United States District Judge